# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: LYNCH, DONALD PATRICK            § | Case No. 12-14294-ABC |
| HAMON-LYNCH, PATRICIA ANN            § | |
| § | |
| Debtor(s)            § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 09, 2012. The undersigned trustee was appointed on March 09, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $           1,031.52

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 20.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]           $ | 1,011.52 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/05/2012 and the deadline for filing governmental claims was 09/05/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $257.88. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $257.88, for a total compensation of $257.88.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $36.17, for total expenses of $36.17.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/26/2013      By: /s/Taya Sweeden
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-14294-ABC  
**Case Name:** LYNCH, DONALD PATRICK  
HAMON-LYNCH, PATRICIA ANN  
**Period Ending:** 02/26/13

**Trustee:** (260070) Taya Sweeden  
**Filed (f) or Converted (c):** 03/09/12 (f)  
**§341(a) Meeting Date:** 04/06/12  
**Claims Bar Date:** 09/05/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Residence at 955 Independence, Lakewood, | 716,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 10.00 | 10.00 | 10.00 | | 10.00 | FA |
| 3 | Account at 1st Bank | 100.00 | 242.71 | | 242.71 | FA |
| 4 | Account at Sooper Credit Union in banks, savings | 128.67 | 128.67 | | 128.67 | FA |
| 5 | Rent Deposit companies, landlords, and | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Couch, chairs, entables, lamps, bookcases, table | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Books, VCR Tapes, Pictures, CD's, DVD's, Enterta | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Clothing | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Watches & personal jewelry | 2,100.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1996 Ford F450 Diesel Work Truck w/ crane, welde | 8,724.00 | 0.00 | OA | 0.00 | FA |
| 11 | 20 foot Camping trailer used for storage in Neva | 300.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2002 Toyota RAV4, 60,000 miles | 9,281.00 | 0.00 | OA | 0.00 | FA |
| 13 | Welder, miscellaneous mechanics tools and suppli | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Disney Vacation Club membership | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | Earned Income Tax Credits, if any | Unknown | 0.00 | DA | 0.00 | FA |
| 16 | Wages owed at the time of filing | Unknown | 414.22 | | 414.22 | FA |
| 17 | Unpaid wages husband (u) Calculated from paystub | 0.00 | 235.92 | | 235.92 | FA |
| 17 Assets | **Totals** (Excluding unknown values) | **$747,843.67** | **$1,031.52** | | **$1,031.52** | **$0.00** |

**Major Activities Affecting Case Closing:**

02/26/13 TFR prepared;

**Initial Projected Date Of Final Report (TFR):** April 6, 2013  **Current Projected Date Of Final Report (TFR):** February 26, 2013 (Actual)

Printed: 02/26/2013 08:48 AM   V.13.11

Exhibit B

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-14294-ABC  
**Case Name:** LYNCH, DONALD PATRICK  
HAMON-LYNCH, PATRICIA ANN  
**Taxpayer ID #:** **-***8145  
**Period Ending:** 02/26/13

**Trustee:** Taya Sweeden (260070)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****861466 - Checking Account  
**Blanket Bond:** $86,297,230.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/28/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | | 9999-000 | 516.00 | | 516.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | | 2600-000 | | 10.00 | 506.00 |
| 01/09/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | | 9999-000 | 172.00 | | 678.00 |
| 01/22/13 | | P.A. Hamon-Lynch | PAYMENT FROM DEBTOR | | | 172.00 | | 850.00 |
| | {3} | | bank account | 70.71 | 1129-000 | | | 850.00 |
| | {17} | | wages | 30.59 | 1229-000 | | | 850.00 |
| | {16} | | wages | 70.70 | 1129-000 | | | 850.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | | 2600-000 | | 10.00 | 840.00 |
| 02/25/13 | {16} | P.A. Homon-Lynch | PAYMENT FROM DEBTOR | | 1129-000 | 171.52 | | 1,011.52 |
| | | | **ACCOUNT TOTALS** | | | 1,031.52 | 20.00 | **$1,011.52** |
| | | | Less: Bank Transfers | | | 688.00 | 0.00 | |
| | | | **Subtotal** | | | 343.52 | 20.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$343.52** | **$20.00** | |

{} Asset reference(s)

Printed: 02/26/2013 08:48 AM     V.13.11

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-14294-ABC | | Trustee: | Taya Sweeden (260070) |
|---|---|---|---|---|
| Case Name: | LYNCH, DONALD PATRICK | | Bank Name: | The Bank of New York Mellon |
| | HAMON-LYNCH, PATRICIA ANN | | Account: | 9200-******32-66 - Checking Account |
| Taxpayer ID #: | **-***8145 | | Blanket Bond: | $86,297,230.00  (per case limit) |
| Period Ending: | 02/26/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/20/12 | {17} | P. A. Hamon-Lynch | PAYMENT FROM DEBTOR | | 1229-000 | 172.00 | | 172.00 |
| 10/23/12 | | P.A. Hamon-Lynch | PAYMENT FROM DEBTOR | | | 172.00 | | 344.00 |
| | {2} | | cash | 10.00 | 1129-000 | | | 344.00 |
| | {4} | | bank account | 128.67 | 1129-000 | | | 344.00 |
| | {17} | | wages | 33.33 | 1229-000 | | | 344.00 |
| 11/23/12 | {3} | P.A. Hamon-Lynch | PAYMENT FROM DEBTOR | | 1129-000 | 172.00 | | 516.00 |
| 12/26/12 | {16} | P.A. Hamon-Lynch | PAYMENT FROM DEBTOR | | 1129-000 | 172.00 | | 688.00 |
| 12/27/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001026007088 20121227 | | 9999-000 | | 516.00 | 172.00 |
| 01/08/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001026007088 20130108 | | 9999-000 | | 172.00 | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| ACCOUNT TOTALS | 688.00 | 688.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 688.00 | |
| Subtotal | 688.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$688.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| Checking # ****861466 | 343.52 | 20.00 | 1,011.52 |
| Checking # 9200-******32-66 | 688.00 | 0.00 | 0.00 |
| | $1,031.52 | $20.00 | $1,011.52 |

{} Asset reference(s)

Printed: 02/26/2013 08:48 AM    V.13.11

# Claims Register

### Case: 12-14294-ABC LYNCH, DONALD PATRICK

Claims Bar Date: 09/05/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Taya Sweeden<br>PO Box 260149<br>Lakewood, CO 80226<br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>03/09/12 | | $257.88<br>$257.88 | $0.00 | $257.88 |
| | Taya Sweeden<br>7500 W. Mississippi Ave.<br>Suite A-120<br>Lakewood, CO 80226<br><2200-00 Trustee Expenses>, 200 | Admin Ch. 7<br>03/09/12 | | $36.17<br>$36.17 | $0.00 | $36.17 |
| 1 -1 | Colorado Dept Revenue<br>1375 Sherman St. Rm 504<br>Denver, CO 80261-0004<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>04/18/12 | unsecured portion of CDR taxes for 2010 | $2,509.00<br>$2,509.00 | $0.00 | $2,509.00 |
| 1 -1 | Colorado Dept Revenue<br>1375 Sherman St. Rm 504<br>Denver, CO 80261-0004<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/18/12 | unsecured portion of CDR taxes for 2010 | $301.00<br>$301.00 | $0.00 | $301.00 |
| 2P-1 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><5800-00 Claims of Governmental Units>, 570 | Priority<br>04/20/12 | priority portion of claim for 2009-2011 | $16,304.68<br>$16,304.68 | $0.00 | $16,304.68 |
| 2U-1 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/20/12 | unsec portion of tax claim for 2009-2011 | $1,291.64<br>$1,291.64 | $0.00 | $1,291.64 |
| 3 -1 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/24/12 | 6968 CARE CREDIT<br><br>gen uns. claim on F for cc.<br>-------------------------------------------------------------------------<br>Schedule F Account: XXXX XXXX XXXX6968 | $1,322.74<br>$1,322.74 | $0.00 | $1,322.74 |
| 4 -1 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured<br>04/24/12 | 2269 SHOPNBC OR GEMB<br><br>gen uns. claim for cc listed on F as NBC<br>------------------------------------------------------------------------- | $781.92<br>$781.92 | $0.00 | $781.92 |

# Claims Register

### Case: 12-14294-ABC  LYNCH, DONALD PATRICK

Claims Bar Date: 09/05/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | Schedule F Account: XXXX XXXX XXXX2269 | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 5 -1 | Translease Inc. PO Box 16464  Denver, CO 80216 | Unsecured 04/24/12 | 8001 listed on Schedule F ------------------------------------------------------------------------ Schedule F Account: XXXX XXXX XXXX | $13,344.28 $13,344.28 | $0.00 | $13,344.28 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 6 -1 | Citibank, N.A. c/o American InfoSource LP PO Box 248840 Oklahoma City, OK 73124-8840 | Unsecured 05/23/12 | 0218 gen uns. claim for cc ------------------------------------------------------------------------ Schedule F Account: XXXX XXXX XXXX0218 | $2,072.27 $2,072.27 | $0.00 | $2,072.27 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 7 -1 | Verizon Wireless PO BOX 3397  Bloomington, IL 61702 | Unsecured 06/27/12 | 5272 Listed on Schedule F. ------------------------------------------------------------------------ Schedule F Account: XXXXXX7816 | $1,183.29 $1,183.29 | $0.00 | $1,183.29 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 8 -1 | Capital One, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured 07/10/12 | 3284 BEST BUY Listed on Schedule F. ------------------------------------------------------------------------ Schedule F Account: XXXX XXXX XXXX3284 | $1,725.54 $1,725.54 | $0.00 | $1,725.54 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 9 -1 | Capital One, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured 07/10/12 | 5664 HSBC gen. uns. claim - listed as HSBC North America in F. ------------------------------------------------------------------------ Schedule F Account: XXXX XXXX XXXX5664 | $7,265.81 $7,265.81 | $0.00 | $7,265.81 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 10 -1 | Capital One, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200  Tucson, AZ 85712 | Unsecured 07/10/12 | 5227 FURNITURE ROW  Listed as HSBC North America in Schedule F. ------------------------------------------------------------------------ | $850.04 $850.04 | $0.00 | $850.04 |

# Claims Register

## Case:  12-14294-ABC    LYNCH, DONALD PATRICK

Claims Bar Date: 09/05/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | Schedule F Account: XXXX XXXX XXXX5227 | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 11 -1 | PYOD, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured 07/12/12 | 8117 CITI gen uns. debt for cc | $7,702.59 $7,702.59 | $0.00 | $7,702.59 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 12 -1 | PYOD, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured 07/12/12 | 8071 CITI gen uns. claim for cc | $9,839.19 $9,839.19 | $0.00 | $9,839.19 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 13 -1 | PYOD, LLC its successors and assigns as assignee of Citibank Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured 07/12/12 | 4056 THD CITI Listed in Schedule F. -------------------------------------------------------------------------------- Schedule F Account: XXXX XXXX XXXX4056 | $1,125.58 $1,125.58 | $0.00 | $1,125.58 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 14 -1 | Portfolio Recovery Associates, LLC POB 41067 Norfolk, VA 23541 | Unsecured 07/17/12 | 0764 HFC Listed in Schedule F -------------------------------------------------------------------------------- Schedule F Account: XXXXXX-XX-XXX764-6 | $2,083.37 $2,083.37 | $0.00 | $2,083.37 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| NOTFILED-1 | Bank Of America Mortgage Loans P.O. Box 5170 Simi Valley, CA 93062-5170 | Secured 03/09/12 | XXXXX8418 | $0.00 $0.00 | $0.00 | $0.00 |
| | <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  999 | | | | | |
| NOTFILED-1 | Toyota Financial Services P.O. Box 8026 Cedar Rapids, IA 52409-8026 | Secured 03/09/12 | XXXXXX4740 | $0.00 $0.00 | $0.00 | $0.00 |
| | <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  999 | | | | | |

# Claims Register

### Case: 12-14294-ABC    LYNCH, DONALD PATRICK

Claims Bar Date: 09/05/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED-1 | Bank Of America<br>400 National Way<br>P.O. Box 10232<br>Simi Valley, CA 93065-6298<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  999 | Secured<br>03/09/12 | XXXXX8354 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED-1 | North Shore Leasing<br>295 Oser Avenue<br>Hauppauge, NY 11788<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  999 | Secured<br>03/09/12 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED-1 | Century Link<br>PO Box 2678<br>Omaha, NE 68103-2678<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/09/12 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED-1 | Dish Network<br>9601 S. Meridan Blvd.<br>Englewood, CO 80112<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/09/12 | XXXX XXXX<br>XXXX1806 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED-1 | GE Capital Retail Bank Atten:<br>Bankruptcy Dept<br>P.O. Box103106<br>Roswell, GA 30067<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/09/12 | XXXX XXXX<br>XXXX9261 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED-1 | Chase Bankcard Services<br>P.O. Box 15299<br>Wilmington, DE 19850-5298<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/09/12 | XXXX XXXX<br>XXXX7158 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED-1 | AT&T Universal Card Services<br>Bankruptcy<br>Processing Center<br>Des Moines, IA 50363-0001<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/09/12 | XXXX XXXX<br>XXXX8117 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED-1 | AT&T Universal Card Services<br>Bankruptcy<br>Processing Center<br>Des Moines, IA 50363-0001<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/09/12 | XXXX XXXX<br>XXXX8071 | $0.00<br>$0.00 | $0.00 | $0.00 |

# Claims Register

## Case: 12-14294-ABC    LYNCH, DONALD PATRICK

Claims Bar Date: 09/05/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | | **Case Total:** | **$0.00** | **$69,996.99** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-14294-ABC
Case Name: LYNCH, DONALD PATRICK
Trustee Name: Taya Sweeden

**Balance on hand:** $ 1,011.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,011.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Taya Sweeden | 257.88 | 0.00 | 257.88 |
| Trustee, Expenses - Taya Sweeden | 36.17 | 0.00 | 36.17 |

Total to be paid for chapter 7 administration expenses: $ 294.05
Remaining balance: $ 717.47

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 717.47

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $18,813.68 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -1 | Colorado Dept Revenue | 2,509.00 | 0.00 | 95.68 |
| 2P-1 | IRS | 16,304.68 | 0.00 | 621.79 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 717.47 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,889.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -1 | Colorado Dept Revenue | 301.00 | 0.00 | 0.00 |
| 2U-1 | IRS | 1,291.64 | 0.00 | 0.00 |
| 3 -1 | GE Capital Retail Bank | 1,322.74 | 0.00 | 0.00 |
| 4 -1 | GE Capital Retail Bank | 781.92 | 0.00 | 0.00 |
| 5 -1 | Translease Inc. | 13,344.28 | 0.00 | 0.00 |
| 6 -1 | Citibank, N.A. | 2,072.27 | 0.00 | 0.00 |
| 7 -1 | Verizon Wireless | 1,183.29 | 0.00 | 0.00 |
| 8 -1 | Capital One, N.A. | 1,725.54 | 0.00 | 0.00 |
| 9 -1 | Capital One, N.A. | 7,265.81 | 0.00 | 0.00 |
| 10 -1 | Capital One, N.A. | 850.04 | 0.00 | 0.00 |
| 11 -1 | PYOD, LLC its successors and assigns as assignee | 7,702.59 | 0.00 | 0.00 |
| 12 -1 | PYOD, LLC its successors and assigns as assignee | 9,839.19 | 0.00 | 0.00 |
| 13 -1 | PYOD, LLC its successors and assigns as assignee | 1,125.58 | 0.00 | 0.00 |
| 14 -1 | Portfolio Recovery Associates, LLC | 2,083.37 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $   0.00 |
| | Remaining balance: | $   0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: | $   0.00 |
| | Remaining balance: | $   0.00 |

**UST Form 101-7-TFR (05/1/2011)**